UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Complaint of Dr. Byron E. Thomas and Billie A. DeWilde, and their Marital Community, as Owners of a 23' Bayliner Trophy, Motor Vessel, Hull Identification No. THMA63FWD505, for Exoneration from or Limitation of Liability | IN ADMIRALTY<br><br>Civil Action No.: C09-0221 RSM<br><br>**ORDER ON<br>MOTION FOR ENTRY<br>OF DEFAULT JUDGMENT** |

THIS MATTER, having come on regularly before the undersigned Judge of the above-entitled Court on Plaintiffs' Motion for Entry of Default Judgment, and the Court having considered Plaintiffs' Motion for Entry of Default Judgment, the Declaration of W.L. Rivers Black, and the records and files herein; and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion for Entry of Default Judgment is hereby GRANTED as follows: A judgment by default with prejudice is hereby entered against all persons, firms, corporations, municipalities, agencies and/or entities claiming any loss, damage, injury and/or destruction occasioned by and/or resulting from the

ORDER ON MOTION FOR ENTRY
OF DEFAULT JUDGMENT- 1

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
816 SECOND AVENUE, SUITE 300
SEATTLE, WASHINGTON 98104
TEL: 206-838-7555
FAX: 206-838-7515

incident described in the Plaintiffs' Complaint for Exoneration From or Limitation of Liability, who did not properly file with the Court their Claims by April 20, 2009.

DATED: May 18, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

**Presented By:**

NICOLL BLACK & FEIG PLLC

By: /s/ W.L. Rivers Black
    W.L. Rivers Black, WSBA #13386
    Larry E. Altenbrun, WSBA #31475
    Counsel for Plaintiffs

ORDER ON MOTION FOR ENTRY OF DEFAULT JUDGMENT- 2

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
816 SECOND AVENUE, SUITE 300
SEATTLE, WASHINGTON 98104
TEL: 206-838-7555
FAX: 206-838-7515